# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT DAVIS, AN INDIVIDUAL;
OCEANWATER CONSULTANTS, LLC,
A NEVADA LIMITED LIABILITY
COMPANY; AND SANDRA RAMIREZ,
                          Appellants,
                vs.
E. ALAN TIRAS, A PROFESSIONAL
CORPORATION; E. ALAN TIRAS, AN
INDIVIDUAL; CANADIAN MINING; A4
DIAMOND, A CANADIAN COMPANY;
STAN PASYK, AN INDIVIDUAL; US
BANK, N.A., A FOREIGN
CORPORATION; WELLS FARGO
BANK, N.A.; AND KEVIN MCDONALD,
                          Respondents.

No. 68506

FILED

JUL 2 1 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND DENYING MOTION TO WITHDRAW

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

Attorney Scott S. Hoffmann's motion to withdraw as counsel of record for respondent Wells Fargo Bank is denied as the motion was not served on Wells Fargo Bank. NRAP 46(e)(3).

It is so ORDERED.



, C.J.

16-22685

cc: Hon. Patrick Flanagan, District Judge
Lansford W. Levitt, Settlement Judge
Hejmanowski & McCrea LLC
Watson Rounds
Lewis Roca Rothgerber Christie LLP/Reno
Parsons Behle & Latimer/Reno
Holland & Hart LLP/Las Vegas
Scott S. Hoffmann
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A